UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| JIMITA RACHEL DIXON, | |
| Plaintiff, | Civil Action No. 16-171E |
| v. | ORDER |
| TORMA, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** for Plaintiff's failure to prosecute.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 11th day of October, 2016.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE